Núm. 14.—LAS MONJAS RACING CORPORATION, aplda. *v.* ARANDES & GROVAS, ET ALS., apltes.— ▮▮▮▮▮ ▮▮▮▮▮ Julio 31, 1937.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

POR CUANTO, al considerar la solicitud de *injunction* para hacer efectiva la jurisdicción de esta Corte Suprema sobre la apelación interpuesta por los demandados arriba mencionados contra la orden de *injunction* preliminar dictada por la Corte de Distrito de San Juan en 17 de junio de 1937, este Tribunal estimó que dicha solicitud exponía prima facie hechos y razones que a su·juicio justificaban la expedición del auto de *injunction* solicitado, el que fué expedido en junio 19, 1937;

POR CUANTO, en la vista de la moción presentada por Las Monjas Racing Corporation para que se dejara sin efecto y se anulara el auto de *injunction* que en ayuda de su jurisdicción expidió este Tribunal en junio 19 de 1937, celebrada el 21 del mismo mes, la parte promovente no logró convencer a este tribunal de la improcedencia

del auto cuya nulidad se solicitaba y no tuvo, debido a la festina- ción con que se señaló y se celebró la vista, una oportunidad de presentar ordenadamente la prueba de que disponía y de señalar específicamente al tribunal los *exhibits* en que basaba su argumentación sobre la improcedencia del auto dictado, motivos por los cuales este tribunal declaró no haber lugar a la anulación o suspensión de los efectos del *injunction* dictado por esta corte;

Por cuanto, solicitada la reconsideración de su resolución de julio 13, 1937, negándose a anular su auto de *injunction,* este tribunal resolvió en julio 24, 1937, dejar sin efecto la citada resolución de julio 13 de 1937 y oír de nuevo a las partes sobre la moción de Las Monjas Racing Corporation para anular y dejar sin efecto el auto de *injunction* dictado por esta Corte Suprema en 19 de junio de 1937;

Por cuanto, en la nueva vista de la moción para anular y dejar sin efecto el auto de *injunction* dictado por esta Corte Suprema, celebrada el 28 de julio de 1937, ambas partes contendientes presentaron prueba oral y documental para sostener sus respectivas alegaciones y fueron oídas ampliamente sobre las cuestiones legales envueltas en el caso de autos;

Vistas las alegaciones de las partes litigantes, considerada y pesada cuidadosamente la evidencia, con excepción de aquélla sobre la que existe controversia en cuanto a si ella fué o no presentada en la corte inferior en el pleito en que se entabló el recurso de apelación pendiente ante esta corte, y oídas las argumentaciones de los letrados representantes de una y otra parte, somos de opinión que debe anularse y dejarse sin efecto la orden de *injunction* que para hacer efectiva su jurisdicción dictó esta Corte Suprema el día 19 de junio de 1937. Y así se ordena.

El Juez Asociado Sr. Córdova Dávila no intervino. El Juez Asociado Sr. Wolf está conforme con el resultado.